1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | STEVEN OMAR LARRY WILSON,

Case No.  2:23-cv-01986-TLN-JDP (HC)

12 | Petitioner,

**ORDER**

13 | v.

TO SHOW CAUSE FOR PETITIONER'S
FAILURE TO PROSECUTE

14 | BRYAN D. PHILLIPS,

ECF No. 10

15 | Respondent.

RESPONSE DUE WITHIN TWENTY-ONE
DAYS

16

17

On January 11, 2024, respondent filed a motion to dismiss.  ECF No. 10.  To date, petitioner has not filed an opposition or statement of non-opposition.

To manage its docket effectively, the court imposes deadlines and requires litigants to meet those deadlines.  The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances.").  Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Petitioner will be given an opportunity to explain why the court should not dismiss his

1

1  case for failure to file an opposition or statement of non-opposition to respondent's motion to

2  dismiss.  Petitioner's failure to respond to this order will constitute a failure to comply with a

3  court order and will result in dismissal of this case.  Accordingly, petitioner must show cause

4  within twenty-one days of the date of entry of this order why the court should not dismiss his case

5  for failure to prosecute.  Should petitioner wish to continue with this lawsuit, he shall also file,

6  within twenty-one days, an opposition or statement of non-opposition.

7

8  IT IS SO ORDERED.

9

Dated:    March 18, 2024                              _____

10                                                     JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28